## (January 17, 1963)

■ Estelle F. Sophian, Respondent, v. Manfred G. Von Linde, Appellant.— Order, entered on May 28, 1962, unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ The People of the State of New York, Respondent, v. Robert Hughes, Jr., Appellant.— Order entered on November 28, 1961 unanimously affirmed. No opinion. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ David Green et al., Respondents, v. Fred Rudinger, Appellant.— Order, entered on May 1, 1962, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.

■ Merchants Bank of New York, Respondent, v. Gerri Schneider, Appellant.— Order, entered on or about May 4, 1962, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.

■ In the Matter of 221 East 76th Street Corp., Appellant, v. Robert E. Herman, as State Rent Administrator, Respondent.— Order, entered on June 14, 1962, unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.

■ The People of the State of New York, Respondent, v. Dewey Thompson, Appellant.— Order, entered on October 14, 1960, unanimously affirmed. No opinion. Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.

■ The People of the State of New York, Respondent, v. Vito Rizzi, Alias William Rizzi, Appellant.— Order, entered on October 11, 1960, unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Eager, JJ.

■ Angela Naughton et al., Plaintiffs, v. John A. Kelly et al., Defendants. Misericordia Hospital, Third-Party Plaintiff-Respondent, v. Doctors Hospital, Third-Party Defendant-Appellant.— Order, entered on May 4, 1962, unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Eager, JJ.

■ The People of the State of New York, Respondent, v. Richard Loeb, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Eager, JJ.

■ In the Matter of Sidney Singer et al., v. Joseph Schechter et al., Constituting the Civil Service Commission of the City of New York, et al.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Stevens, Eager, Steuer and Bergan, JJ.

■ Joseph Turano, Jr., an Infant, by Joseph Turano, His guardian ad Litem, et al. v. City of New York.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ In the Matter of the Accounting of Arthur Katz et al. In the Matter of Fred A. Ammond et al.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with $10 costs. No appeal lies from this court's order of dismissal (see Cohen and Karger, Powers of New York Court of Appeals, p. 110; Stevens v. Central Nat. Bank, 162 N. Y. 253). Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.